UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Douglas Ahle, Andrew Jordan and
William Wiseman, individually and        Civil File 0:09-cv-00042-ADM/LIB
on behalf of others similarly situated,

            Plaintiffs,

v.

Veracity Research Co.,

            Defendant.

**ORDER GRANTING FINAL APPROVAL OF FLSA SETTLEMENT AND DISMISSING CASE**

**WHEREAS,** the above-named Plaintiffs, individually and on behalf of 133 additional opt-in class members, (collectively, "Plaintiffs") and Defendant Veracity Research Company, LLC ("Defendant"), have moved for an order finally approving the terms of the Stipulation of Settlement in the above-captioned collective action for overtime compensation under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et. seq., and dismissal of this action in its entirety with prejudice, filed as ECF Nos. 318 - 323.

**WHEREAS**, having reviewed the Parties' Joint Motion for Final Approval of FLSA Settlement and Dismissal of Claims and the exhibits attached thereto ("Joint Motion"), and having reviewed the files, records, and proceedings in this action, the Court finds as follows:

1. The terms and conditions of settlement set forth in the Joint Motion and the Stipulation of Settlement is a fair and reasonable resolution of a bona fide dispute arising under the FLSA, and is in the best interest of the parties in light of the foregoing, the likelihood of success on the merits, and the inherent risks and costs associated with proceeding with litigation through trial.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to the procedures for a collective action under the FLSA, and as otherwise required, this Court hereby **GRANTS FINAL APPROVAL** of the terms of settlement as set forth in the Joint Motion and Stipulation of Settlement.

2. Plaintiffs' Counsel is awarded attorneys' fees and costs as set forth in the Joint Motion and Stipulation of Settlement.

3. Plaintiffs' Counsel is awarded $500 for costs incurred and to be incurred related to administering the settlement.

4. Named Plaintiffs Ahle and Wiseman are awarded $1,000 each in recognition of their contributions to the litigation.

5. Plaintiffs who were deposed are awarded $200 each in recognition of their contributions to the litigation.

6. The case is hereby dismissed with PREJUDICE.

7. Without affecting the finality of this Order, this Court retains continuing jurisdiction over the parties and the construction, interpretation, implementation, and enforcement of the Stipulation of Settlement and over the administration and distribution of settlement benefits.

3

DATED:  May 19, 2011                                    s/Ann D. Montgomery

                                                                                          _____
                                                                                          Honorable Ann D. Montgomery
                                                                                          United States District Court Judge